UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:19-cr-116-1 |
| v. ) | |
| ) | Judge Travis R. McDonough |
| JOHN CAMERON SANDIFER ) | |
| ) | Magistrate Judge Christopher H. Steger |
| ) | |

**ORDER**

United States Magistrate Judge Christopher H. Steger filed a report and recommendation (Doc. 47) recommending that the Court: (1) grant Defendant's motion to withdraw his not-guilty plea to Count Six and a lesser-included offense of Count One of the six-count Indictment; (2) accept Defendant's guilty plea to Count Six and a lesser-included offense of Count One of the six-count Indictment; (3) adjudicate Defendant guilty of a lesser-included offense of Count One—conspiracy to distribute and possess with intent to distribute 5 grams or more of methamphetamine (actual) and 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B) and 846—and Count 6—possession with intent to distribute 5 grams or more of methamphetamine (actual) and 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B), and 18 U.S.C. § 2; and (4) order that Defendant remain in custody pending sentencing or further order of this Court. (*Id.* at 1–2.)

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's

report and recommendation (Doc. 47) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not-guilty plea to Count Six and a lesser-included offense of Count One of the six-count Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count Six and a lesser-included offense of Count One of the six-count Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of a lesser-included offense of Count One—conspiracy to distribute and possess with intent to distribute 5 grams or more of methamphetamine (actual) and 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B) and 846—and Count 6—possession with intent to distribute 5 grams or more of methamphetamine (actual) and 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B), and 18 U.S.C. § 2; and

4. Defendant **SHALL REMAIN** in custody until further order of this Court or sentencing in this matter which is scheduled to take place before the undersigned on **April 17, 2020, at 2:00 p.m.**

**SO ORDERED.**

/s/*Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**